# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DODY L. KINZIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:10CV3223** |
| | ) | |
| V. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **ORDER** |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on Defendant's motion for extension of time to respond to Plaintiff's brief (filing 17). The motion will be granted.

**IT IS ORDERED:**

1. Defendant's brief shall be filed by June 10, 2011;

2. Plaintiff may file a reply brief by June 24, 2011;

3. This case shall be ripe for decision on June 25, 2011.

**DATED May 11, 2011.**

                                                **BY THE COURT:**

                                                **S/ F.A. Gossett**
                                                **United States Magistrate Judge**