IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DODY L. KINZIE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3223 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Defendant's unopposed motion to withdraw administrative record (filing 19). The motion will be granted.

IT IS ORDERED:

1. Defendant's motion to withdraw administrative record (filing 19) is granted;

2. The Clerk of the United States District Court for the District of Nebraska shall return the Social Security Administrative Record filed in this case on January 27, 2011 (filing 12), to Defendant's counsel, Robert L. Homan.

3. The Clerk shall delete the Administrative Record (filing 12) from the Records Management System ("RMS") and Strike Filing 12.

4. Defendant is directed to file the proper administrative record with the court upon its receipt.

**DATED May 26, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**